## IRT PROPERTY CO. v. PAPAGAYO, INC.

No. 499PA93

Case below: 112 N.C.App. 318

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 27 January 1994.

## KAPP v. KAPP

No. 273PA93

Case below: 334 N.C. 688

110 N.C.App. 490

Upon further consideration, the Court has determined that plaintiffs' petition for discretionary review pursuant to G.S. 7A-31 was improvidently denied; accordingly, the order heretofore entered 7 October 1993 denying plaintiffs' petition for discretionary review is vacated, and said petition is hereby allowed 4 February 1994.

## LATHAM v. CHERRY

No. 474P93

Case below: 111 N.C.App. 871

Petition by plaintiff for writ of certiorari to review decision of the North Carolina Court of Appeals denied 27 January 1994.

## LEE v. LEE

No. 484P93

Case below: 112 N.C.App. 365

Petition by plaintiff-appellant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

## LEMONS v. LEMONS

No. 457P93

Case below: 112 N.C.App. 110

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.